Of Counsel:
ES&A, Inc.
A Law Corporation

ANNA ELENTO-SNEED          3412
Pauahi Tower, Suite 2750
1003 Bishop Street
Honolulu, Hawaiʻi 96813
Telephone:  (808) 729-9400
Facsimile: (808) 729-9425
E-mail:   AES@ESandALaw.com


Of Counsel:
Lewis Roca Rothgerber Christie LLP

JOHN WEST
MARY ELLEN SIMONSON
HANNAH DOLSKI
201 East Washington St., Ste. 1200
Phoenix, Arizona  85004-2595
Telephone: (602) 262-5781
Facsimile: (602) 734-3868
Email:   jwest@lrrc.com
            msimonson@lrrc.com
            hdolski@lrrc.com


Pro Hac Vice

Attorneys for Defendants REHABILITATION
HOSPITAL Of THE PACIFIC; TIMOTHY J.
ROE, M.D. and STEPHEN M. OISHI, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JASON C. CHANG, M.D.<br><br>        Plaintiff,<br><br>   vs.<br><br>THE REHABILITATION HOSPITAL OF THE PACIFIC; TIMOTHY J. ROE, M.D.; STEPHEN M. OISHI, M.D.; JANE and JOHN DOES 1-25, and DOE ENTITIES 1-10,<br><br>        Defendants. | CV 19-00383 JMS-KJM<br><br>STIPULATION TO DISMISS WITH PREJUDICE<br><br><br><br>Trial Date:  None |

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that:

1.    All claims against Defendants THE REHABILITATION HOSPITAL OF THE PACIFIC; TIMOTHY J. ROE, M.D.; STEPHEN M. OISHI, M.D are hereby dismissed with prejudice from this action.

2.    There are no remaining claims or parties in this action.

3.    Each party shall bear his/its own costs and attorneys' fees with respect to the dismissed claims.

---

*Jason C. Chang, M.D. v. The Rehabilitation Hospital of the Pacific, et. al.;* Civil No. 19-00383 JMS-KJM; STIPULATION TO DISMISS WITH PREJUDICE

2

This Stipulation is entered into pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and has been signed by all parties appearing in this action.

DATED: Honolulu, Hawai`i, August 2, 2019.

/s/ Eric A. Seitz
ERIC A. SEITZ

Attorney for Plaintiff
JASON C. CHANG, M.D.

/s/ Anna Elento-Sneed
ANNA ELENTO-SNEED
JOHN WEST (*Pro Hac Vice*)
MARY ELLEN SIMONSON (*Pro Hac Vice*)
HANNAH DOLSKI (*Pro Hac Vice*)

Attorneys for Defendants
REHABILITATION HOSPITAL OF THE PACIFIC, TIMOTHY J. ROE, M.D. AND STEPHEN M. OISHI, M.D.

APPROVED AS TO FORM:

DATED:  Honolulu, Hawaii, August 5, 2019.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Jason C. Chang, M.D. v. The Rehabilitation Hospital of the Pacific, et. al.;* Civil No. 19-00383 JMS-KJM; STIPULATION TO DISMISS WITH PREJUDICE